George Cowan, Nathan Hutkoff and R. H. Casey *v.* Pennsylvania Plate Glass Company. Appeal of George Cowan.

Argued Oct. 21, 1897. Appeal, No. 156, Oct. T., 1897, by George Cowan, from decree of C. P. Westmoreland Co., No. 265, on bill in equity. Before STERRETT, C. J., WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed in part.

Bill in equity for a receiver.

*Chas. A. O'Brien*, with him *John E. Kunkle* and *Edward E. Robbins*, for appellant.

*Vin. E. Williams*, with him *A. M. Sloan* and *W. A. Griffith*, for appellee.

OPINION BY MR. JUSTICE DEAN, January 3, 1898:

We have disposed of all the assignments of error raised on this appeal in the Exchange Bank of Wheeling, No. 143, October term, 1897, opinion handed down this day, ante, p. 1. The decree in part is reversed, as therein stated, costs to be paid by William L. Kann, appellee.